1  **Tomas A. Guterres, Esq. (State Bar No. 152729)**
2  **Christie Bodnar Swiss, Esq. (State Bar No. 245151)**
3  **COLLINS COLLINS MUIR + STEWART LLP**
   **1100 El Centro Street**
4  **South Pasadena, CA  91030**
   **(626) 243-1100 – FAX (626) 243-1111**
5  **Email: tguterres@ccmslaw.com**
6  **Email: cswiss@ccmslaw.com**

7  Attorneys for Defendant, COUNTY OF LOS ANGELES

8

9                **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11
   RICARDO BRUNO, an individual;      )  CASE NO. 8:17-cv-1301 CJC (JDEx)
12 RACHEL BRUNO, an individual,       )  Before the Honorable Cormac J. Carney
                                      )
13             Plaintiffs,            )
                                      )
14                                    )  **DEFENDANT COUNTY OF LOS**
15   vs.                             )  **ANGELES' ANSWER TO PLAINTIFF'S**
                                      )  **COMPLAINT; DEMAND FOR JURY**
16 COUNTY OF LOS ANGELES, a          )  **TRIAL**
17 public entity; COUNTY OF ORANGE,  )
   a public entity; CHILDREN'S        )
18 HOSPITAL OF ORANGE COUNTY,        )
19 a private corporation; DEPUTY      )
   JASON SCHMOKER, an individual;     )
20 DETECTIVE MARICRUZ PEREZ, an      )
21 individual; DETECTIVE BELEN        )
   LEWIS, an individual; DEPUTY J.    )
22 LEE, an individual; LAURA TODD,   )
23 an individual; NICOLE              )
   STRATTMAN, an individual;          )
24 SOCIAL WORKER DOE 1, an           )
25 individual; NURSE DOE 1, an        )
   individual; DOCTOR DOES 1 through )
26 2, as individuals; DOES 1 through 10, )
27 inclusive,                         )
                                      )
28             Defendants.            )

20627

                            1
                  **ANSWER TO COMPLAINT**

**Collins Collins**
**Muir + Stewart LLP**
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant COUNTY OF LOS ANGELES answers Plaintiffs RICARDO BRUNO and RACHEL BRUNO's Complaint by admitting, denying, and alleging as follows:

1.      Answering paragraph 1 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

2.      Answering paragraph 2 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

3.      Answering paragraph 3 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

4.      Answering paragraph 4 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5.      Answering paragraph 5 of Plaintiffs' Complaint, Defendant admits that County of Los Angeles is a public entity.

6.      Answering paragraph 6 of Plaintiffs' Complaint, Defendant admits that County of Orange is a public entity.

7.      Answering paragraph 7 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

///

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

20627

**ANSWER TO COMPLAINT**

8.      Answering paragraph 8 of Plaintiffs' Complaint, Defendant admits that the Los Angeles County Sheriff's Department (LASD) is a subdivision, entity, or administrative arm of the County of Los Angeles.

9.      Answering paragraph 9 of Plaintiff's Complaint, Defendant admits that the named defendant was at all relevant times an employee of LASD. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

10.     Answering paragraph 10 of Plaintiff's Complaint, Defendant admits that the named defendant was at all relevant times an employee of LASD. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

11.     Answering paragraph 11 of Plaintiff's Complaint, Defendant admits that the named defendant was at all relevant times an employee of LASD. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

12.     Answering paragraph 12 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

13.     Answering paragraph 13 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14.     Answering paragraph 14 of Plaintiff's Complaint, Defendant admits that the named defendant was at all relevant times an employee of LASD. As to the

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

**ANSWER TO COMPLAINT**

remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15.     Answering paragraph 15 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16.     Answering paragraph 16 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17.     Answering paragraph 17 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18.     Answering paragraph 18 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

19.     Answering paragraph 19 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20.     Answering paragraph 20 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

///

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

21.     Answering paragraph 21 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

22.     Answering paragraph 22 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23.     Answering paragraph 15 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

24.     Answering paragraph 24 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

25.     Answering paragraph 25 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26.     Answering paragraph 26 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

27.     Answering paragraph 27 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

**Collins Collins
Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

28.     Answering paragraph 28 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

29.     Answering paragraph 29 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

30.     Answering paragraph 30 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

31.     Answering paragraph 31 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

32.     Answering paragraph 32 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

33.     Answering paragraph 33 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

34.     Answering paragraph 34 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

35.     Answering paragraph 35 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36.     Answering paragraph 36 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

37.     Answering paragraph 37 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

38.     Answering paragraph 38 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39.     Answering paragraph 39 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

40.     Answering paragraph 40 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

41.     Answering paragraph 41 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax     (626) 243-1111

42.     Answering paragraph 42 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

43.     Answering paragraph 43 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

44.     Answering paragraph 44 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

45.     Answering paragraph 45 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

46.     Answering paragraph 46 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

47.     Answering paragraph 47 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

48.     Answering paragraph 48 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

49.     Answering paragraph 49 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

50.     Answering paragraph 50 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

51.     Answering paragraph 51 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

52.     Answering paragraph 52 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

53.     Answering paragraph 53 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

54.     Answering paragraph 54 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

55.     Answering paragraph 55 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax     (626) 243-1111

56.     Answering paragraph 56 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

57.     Answering paragraph 57 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

58.     Answering paragraph 58 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

59.     Answering paragraph 59 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

60.     Answering paragraph 60 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

61.     Answering paragraph 61 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

62.     Answering paragraph 62 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

63.     Answering paragraph 63 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

64.     Answering paragraph 64 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

65.     Answering paragraph 65 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

66.     Answering paragraph 66 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

67.     Answering paragraph 67 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

68.     Answering paragraph 68 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

69.     Answering paragraph 69 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

70.     Answering paragraph 70 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

71.     Answering paragraph 71 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

20627

11

**ANSWER TO COMPLAINT**

1  contained in said paragraph, and on that basis denies each and every allegation
2  contained therein.

3      72.    Answering paragraph 72 of Plaintiffs' Complaint, Defendant denies
4  each and every allegation contained therein.

5      73.    Answering paragraph 73 of Plaintiffs' Complaint, Defendant is without
6  sufficient knowledge or information to form a belief as to the truth of the allegations
7  contained in said paragraph, and on that basis denies each and every allegation
8  contained therein.

9      74.    Answering paragraph 74 of Plaintiffs' Complaint, Defendant is without
10 sufficient knowledge or information to form a belief as to the truth of the allegations
11 contained in said paragraph, and on that basis denies each and every allegation
12 contained therein.

13     75.    Answering paragraph 75 of Plaintiffs' Complaint, Defendant is without
14 sufficient knowledge or information to form a belief as to the truth of the allegations
15 contained in said paragraph, and on that basis denies each and every allegation
16 contained therein.

17     76.    Answering paragraph 76 of Plaintiffs' Complaint, Defendant is without
18 sufficient knowledge or information to form a belief as to the truth of the allegations
19 contained in said paragraph, and on that basis denies each and every allegation
20 contained therein.

21     77.    Answering paragraph 77 of Plaintiffs' Complaint, Defendant is without
22 sufficient knowledge or information to form a belief as to the truth of the allegations
23 contained in said paragraph, and on that basis denies each and every allegation
24 contained therein.

25     78.    Answering paragraph 78 of Plaintiffs' Complaint, Defendant is without
26 sufficient knowledge or information to form a belief as to the truth of the allegations
27 contained in said paragraph, and on that basis denies each and every allegation
28 contained therein.

20627

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

12

**ANSWER TO COMPLAINT**

79.     Answering paragraph 79 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

80.     Answering paragraph 80 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

81.     Answering paragraph 81 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

82.     Answering paragraph 82 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

83.     Answering paragraph 83 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

84.     Answering paragraph 84 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

85.     Answering paragraph 85 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

13

**ANSWER TO COMPLAINT**

86.     Answering paragraph 86 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

87.     Answering paragraph 87 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

88.     Answering paragraph 88 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

89.     Answering paragraph 89 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

90.     Answering paragraph 90 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

91.     Answering paragraph 91 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

92.     Answering paragraph 92 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

93.     Answering paragraph 93 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

94.     Answering paragraph 94 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

95.     Answering paragraph 95 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

96.     Answering paragraph 96 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

97.     Answering paragraph 97 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

98.     Answering paragraph 98 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

99.     Answering paragraph 99 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

15

**ANSWER TO COMPLAINT**

100.   Answering paragraph 100 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

101.   Answering paragraph 101 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

102.   Answering paragraph 102 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

103.   Answering paragraph 103 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

104.   Answering paragraph 104 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

105.   Answering paragraph 105 of Plaintiffs' Complaint, this paragraph sets forth legal conclusions and questions of law to which no response is required.  To the extent an answer is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

106.   Answering paragraph 106 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

///

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

107.   Answering paragraph 107 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

108.   Answering paragraph 108 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

109.   Answering paragraph 109 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

110.   Answering paragraph 110 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

111.   Answering paragraph 111 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

112.   Answering paragraph 112 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

113.   Answering paragraph 113 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax       (626) 243-1111

114.   Answering paragraph 114 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

115.   Answering paragraph 115 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

116.   Answering paragraph 116 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

117.   Answering paragraph 117 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

118.   Answering paragraph 118 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

119.   Answering paragraph 119 of Plaintiffs' Complaint, this paragraph sets forth legal conclusions and questions of law to which no response is required.  To the extent an answer is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

120.   Answering paragraph 120 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations

///

20627

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

**ANSWER TO COMPLAINT**

contained in said paragraph, and on that basis denies each and every allegation contained therein.

121.    Answering paragraph 121 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

122.    Answering paragraph 122 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

123.    Answering paragraph 123 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

124.    Answering paragraph 124 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

125.    Answering paragraph 125 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

126.    Answering paragraph 126 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

127.    Answering paragraph 127 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

contained in said paragraph, and on that basis denies each and every allegation contained therein.

128.   Answering paragraph 128 of Plaintiffs' Complaint, this paragraph sets forth legal conclusions and questions of law to which no response is required.  To the extent an answer is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

129.   Answering paragraph 129 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

130.   Answering paragraph 130 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

131.   Answering paragraph 131 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

132.   Answering paragraph 132 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

133.   Answering paragraph 133 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

///

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

1

2      134.   Answering paragraph 134 of Plaintiffs' Complaint, Defendant is without

3   sufficient knowledge or information to form a belief as to the truth of the allegations

4   contained in said paragraph, and on that basis denies each and every allegation

5   contained therein.

6      135.   Answering paragraph 135 of Plaintiffs' Complaint, Defendant is without

7   sufficient knowledge or information to form a belief as to the truth of the allegations

8   contained in said paragraph, and on that basis denies each and every allegation

9   contained therein.

10     136.   Answering paragraph 136 of Plaintiffs' Complaint, Defendant is without

11  sufficient knowledge or information to form a belief as to the truth of the allegations

12  contained in said paragraph, and on that basis denies each and every allegation

13  contained therein.

14     137.   Answering paragraph 137 of Plaintiffs' Complaint, this paragraph sets

15  forth legal conclusions and questions of law to which no response is required.  To the

16  extent an answer is required, Defendant denies each and every allegation contained

17  therein.

18     138.   Answering paragraph 138 of Plaintiffs' Complaint, Defendant denies

19  each and every allegation contained therein.

20     139.   Answering paragraph 139 of Plaintiffs' Complaint, Defendant denies

21  each and every allegation contained therein.

22     140.   Answering paragraph 140 of Plaintiffs' Complaint, Defendant denies

23  each and every allegation contained therein.

24     141.   Answering paragraph 141 of Plaintiffs' Complaint, Defendant denies

25  each and every allegation contained therein.

26     142.   Answering paragraph 142 of Plaintiffs' Complaint, Defendant denies

27  each and every allegation contained therein.

28  ///

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax       (626) 243-1111

20627

21

**ANSWER TO COMPLAINT**

143.   Answering paragraph 143 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

144.   Answering paragraph 144 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

145.   Answering paragraph 145 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

146.   Answering paragraph 146 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

147.   Answering paragraph 147 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

148.   Answering paragraph 148 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

149.   Answering paragraph 149 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

150.   Answering paragraph 150 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

151.   Answering paragraph 151 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

152.   Answering paragraph 152 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

153.   Answering paragraph 153 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

154.   Answering paragraph 154 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

155.   Answering paragraph 155 of Plaintiffs' Complaint, Defendant denies each and every allegation contained therein.

156.   Answering paragraph 156 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

20627

22

**ANSWER TO COMPLAINT**

contained in said paragraph, and on that basis denies each and every allegation contained therein.

157.   Answering paragraph 157 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

158.   Answering paragraph 158 of Plaintiffs' Complaint, this paragraph sets forth legal conclusions and questions of law to which no response is required.  To the extent an answer is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

159.   Answering paragraph 159 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

160.   Answering paragraph 160 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

161.   Answering paragraph 161 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

162.   Answering paragraph 162 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

///

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

163.   Answering paragraph 163 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

164.   Answering paragraph 164 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

165.   Answering paragraph 165 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

166.   Answering paragraph 166 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

167.   Answering paragraph 167 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

168.   Answering paragraph 168 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

169.   Answering paragraph 169 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

170.    Answering paragraph 170 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

1.    Plaintiffs' Complaint fails to establish of action against Defendant under *Monell v. Department of Social Services for the City of New York*, 436 U.S. 658 (1978) because there can be no recovery for a federal civil rights violations where there is no constitutional deprivation caused by an expressly adopted official policy or longstanding practice or custom.

## SECOND AFFIRMATIVE DEFENSE

2.    Plaintiffs fail to establish a cause of action against Defendant because the doctrine of respondeat superior is not applicable to actions under 42 U.S.C. §1983.

## THIRD AFFIRMATIVE DEFENSE

3.    Plaintiffs fail to establish a cause of action against Defendant under 42 U.S.C. § 1983 because simple negligence does not constitute a violation of federal civil rights. *Parratt v. Taylor*, 451 U.S. 527 (1981).

## FOURTH AFFIRMATIVE DEFENSE

4.    Defendant's agents and employees did not deprive Plaintiffs of any of their rights, privileges, or immunities secured by the United States Constitution or laws of the United States.

## FIFTH AFFIRMATIVE DEFENSE

5.    Defendant did not have any expressly adopted official policies or widespread or longstanding practices of custom affecting any of the alleged acts giving rise to Plaintiffs' constitutional claims.

///

20627

**ANSWER TO COMPLAINT**

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

Case 8:17-cv-01301-CJC-JDE   Document 22   Filed 08/04/17   Page 26 of 30   Page ID #:200

1

## SIXTH AFFIRMATIVE DEFENSE

2

6.      Defendant's training policies were adequate to prevent violations of law

3

by its agents and employees and to handle the usual and recurring situations with

4

which they must deal.

5

## SEVENTH AFFIRMATIVE DEFENSE

6

7.      Without admitting liability, Defendant alleges that Plaintiffs fail to

7

establish that Defendant was deliberately indifferent to the substantial risk that its

8

training policies were inadequate to prevent violations of law by its employees.

9

## EIGHTH AFFIRMATIVE DEFENSE

10

8.      The damages alleged were directly and proximately caused and

11

contributed to by the negligence of persons other than Defendant, and the extent of

12

damages sustained, if any, should be reduced and proportioned to the amount of said

13

negligence.

14

## NINTH AFFIRMATIVE DEFENSE

15

9.      Plaintiffs' injuries, if any, are the result of their own negligence.

16

## TENTH AFFIRMATIVE DEFENSE

17

10.     A policy or custom of Defendant's cannot be established by one act.

18

## ELEVENTH AFFIRMATIVE DEFENSE

19

11.      Plaintiffs' claims and requests for relief are barred, in whole or in part,

20

by the doctrine of estoppel.

21

## TWELFTH AFFIRMATIVE DEFENSE

22

12.     Any and all official conduct taken by Defendant and its agents and

23

employees was in good faith and without malicious intent to deprive Plaintiffs of

24

their constitutional rights or to cause other injury.

25

## THIRTEENTH AFFIRMATIVE DEFENSE

26

13.     Without admitting liability, Defendant alleges that the County of Los

27

Angeles, a public entity, is not liable for the act or injury of an employee when the

28

employee is immune from liability.

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

20627

26

**ANSWER TO COMPLAINT**

## FOURTEENTH AFFIRMATIVE DEFENSE

14.     Defendant cannot fully anticipate all affirmative defenses that may be applicable to this action based upon the conclusory and general terms used in the Complaint.    Accordingly, Defendant reserves the right to assert the additional defenses as applicable.

WHEREFORE, Defendant prays for judgment as follows:

1.      That Plaintiffs take nothing by this action;

2.      That the action be dismissed;

3.      That Defendant be awarded costs of suit; and

4.      That Defendant be awarded such other and further relief as the Court may deem just and proper, including an award of attorney fees pursuant to 42 U.S.C. § 1988.

DATED:  August 4, 2017          COLLINS COLLINS MUIR + STEWART LLP


By: _____
            CHRISTIE BODNAR SWISS
            TOMAS A. GUTERRES
            Attorneys for Defendant
            COUNTY OF LOS ANGELES

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone   (626) 243-1100
Fax      (626) 243-1111

1
2
3
4
5
6
7
8
9

10      ## DEMAND FOR JURY TRIAL

11              DEFENDANT hereby demands a trial by jury in this matter as provided by

12      Rule 38(a) of the Federal Rules of Civil Procedure.

13

14      DATED:  August 4, 2017                  COLLINS COLLINS MUIR + STEWART LLP

15

16

17      By: _____
                CHRISTIE BODNAR SWISS
18              TOMAS A. GUTERRES
                Attorneys for Defendant
19              COUNTY OF LOS ANGELES

20
21
22
23
24
25
26
27
28

**Collins Collins**
**Muir + Stewart** LLP
1100 El Centro Street
South Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

20627

**ANSWER TO COMPLAINT**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,                              )
                                                 )  ss.
County of San Diego                              )

      I am employed in the County of San Diego.  I am over the age of 18 and not a party to the within action. My business address is 2011 Palomar Airport Rd., Suite 207, Carlsbad, California  92011.

      On **this date**, I served the foregoing document described as **DEFENDANT COUNTY OF LOS ANGELES' ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒   **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Carlsbad, California to be served on counsel for Plaintiff as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Carlsbad, California.

☐   **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒   **(BY ELECTRONIC FILING AND/OR  SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List on:   August 4, 2017  (Date) at         (Time)

☐   **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐   **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached <u>Service List</u> and the activity report(s) generated by facsimile number (760) 274-2111 indicated all pages were transmitted.

☐   **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

      Executed on **August 4, 2017** at Carlsbad**,** California.

☐   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                          *[signature]*
                     AMY SANCHEZ
                     asanchez@ccmslaw.com

RICARDO BRUNO, et al. vs. COUNTY OF LOS ANGELES, et al.
USDC - CENTRAL CASE NO.:  8:17-cv-1301 CJC (JDEx)
OUR FILE NO.:  20627

**SERVICE LIST**

Shawn A. McMillan, Esq.
Stephen D. Daner, Esq.
Adrian M. Paris, Esq.
THE LAW OFFICES OF SHAWN A. McMILLAN, APC
4955 Via Lapiz
San Diego, CA  92122
(858) 646-0069 / Fax:  (858) 746-5283
attyshawn@netscape.net
steve.mcmillanlaw@gmail.com
adrian.mcmillanlaw@gmail.com
**ATTORNEYS FOR PLAINTIFFS RICARDO BRUNO
and RACHEL BRUNO**

Daniel K. Spradlin. Esq.
Roberta A. Kraus, Esq.
Jeanne L. Tollison, Esq.
WOODRUFF SPRADLIN & SMART
555 Anton Blvd #1200
Costa Mesa, CA 92626
(714) 558-7000 – Fax: (714) 835-7787
dspradlin@wss-law.com
**ATTORNEYS FOR DEFENDANT COUNTY OF
ORANGE, LAURA TODD and NICOLE STRATTMAN**

Larry Pleiss, Esq.
Candice P. Hallack, Esq.
Pleiss Casey Sitar & Ross
5510 Trabuco Rd.
Irvine, CA  92620-5705
(949) 788-1790 – Fax: (949) 788-1799
lpleiss@pcsrlaw.com
**ATTORNEYS FOR DEFENDANT CHILDRENS
HOSPITAL OF ORANGE COUNTY**