James E. Brown, Mediator
3960 Orange Street, Suite 500
Riverside, CA 92584
(951) 955-6300
Jebbrown@rivco.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Ricardo Bruno, et al.<br><br>Plaintiff(s)<br>v.<br><br>County of Los Angeles, et al.<br><br>Defendant(s). | 8:17-cv-1301-CJC-JDE<br><br><br><br>MEDIATION REPORT |

**_Instructions:_** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): September 28, 2018

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
   　　☐ Plaintiff or plaintiff's representative failed to appear.
   　　☐ Defendant or defendant's representative failed to appear.
   　　☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   October 15, 2018     .

Dated: October 1, 2018

_____
Signature of Mediator
James E. Brown
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*